IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| JASON CALNAN, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION NO.: CV211-138 |
| ANTHONY HAYNES, Warden, | : | |
| Respondent. | : | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Jason Calnan ("Calnan") asserts that the "some evidence" standard applicable to the due process analysis is ambiguous. Calnan also asserts that his due process rights were violated because four (4) other offenders were released without any sanctions being imposed.

Calnan's Objections are without merit and are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Calnan's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 19 day of December , 20___.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)